IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 1:07-CR-215 |
| | § | |
| CURTIS DAMIEN TIMMONS | § | |

**ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT**

On this day, the court considered the Findings of Fact and Recommendation of United States magistrate judge Earl S. Hines regarding defendant's plea of guilty to Count I of the Indictment in the above-numbered case. Having conducted a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the magistrate judge recommends that the defendant be adjudged guilty of the offense to which he has pleaded guilty. The court is of the opinion that the Findings of Fact and Recommendation of the magistrate judge should be accepted.

Accordingly, it is **ORDERED** that the Findings of Fact and Recommendation of the United States magistrate judge are **ADOPTED**.

It is further **ORDERED** that the court finds defendant **GUILTY** on Count I of the Indictment in the above-numbered cause.

**SIGNED** this the **10** day of **October, 2008.**

_____
Thad Heartfield
United States District Judge